WALLACH, Respondent, v. RIVERSIDE BANK, Appellant. (Supreme Court, Appellate Division, First Department. (November 5, 1909.) Action by Rudolph Wallach against the Riverside Bank. G. W. Carr, for appellant. H. Swain, for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion on former appeal. 119 App. Div. 238, 104 N. Y. Supp. 661. Order filed.

McLAUGHLIN, J., dissents.

WALSH v. NEW ENGLAND MUT. LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Margaret E. Walsh, as administratrix, against the New England Mutual Life Insurance Company and others. L. W. Stotesbury, for appellant. H. H. Bowman, for respondents. No opinion. Judgment affirmed, with separate costs to all respondents who appeared in this court and filed briefs, payable out of the fund. Settle order on notice.

WATERS, Appellant, v. SPADAVECCHIA, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by John Waters against Louis Spadavecchia. No opinion. Judgment of the Municipal Court affirmed, with costs.

WATKINS, Respondent, v. BROOKLYN TURKISH BATH CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Richard M. Watkins against the Brooklyn Turkish Bath Company. No opinion. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment is against the weight of evidence.

WATSON v. PROVIDENT SAVINGS LIFE ASSUR. SOCIETY. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by William H. Watson against the Provident Savings Life Assurance Society. No opinion. Motion granted, with $10 costs. Order filed.

WEIL, Appellant, v. CORN EXCHANGE BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Max Weil against the Corn Exchange Bank. M. R. Ryttenburg, for appellant. D. G. George, for respondent. No opinion. Determination (63 Misc. Rep. 300, 116 N. Y. Supp. 665) affirmed, with costs. Order filed.

WELLER, Appellant, v. STENGEL, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Charles H. Weller against Henry Stengel, Jr. No opinion. Judgment of the Mu-

nicipal Court reversed, and new trial ordered, costs to abide the event, on the authority of Rogers v. Wendell, 54 Hun, 540, 7 N. Y. Supp. 781, 8 N. Y. Supp. 515.

WERNER, Respondent, v. HERBST, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by William Werner against Louis Herbst. No opinion. Motion to dismiss appeal granted, with costs.

WEST END PAPER CO., Respondent, v. MANUFACTURERS' PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by the West End Paper Company against the Manufacturers' Paper Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS, J., not sitting.

WHEELRIGHT, Appellant, v. STRAUS et al., Respondents. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Anderena E. Wheelright against Isidor Straus and another. F. W. Holmes, for appellant. T. G. Strong, for respondents. No opinion. Order affirmed, with costs. Order filed.

WHITLOCK, Respondent, v. AGOGLIA, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Thomas C. Whitlock against Rocco M. Agoglia.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the court erred in excluding evidence tending to show the nature and extent of the services rendered by the plaintiff. As the relation of attorney and client existed when the contract sued on was made, the burden was upon the plaintiff to show that the contract was fair and reasonable, and freely entered into by the defendant, with a full understanding of his rights. See Matter of Holland, 110 App. Div. 799, 97 N. Y. Supp. 202.

WICKER, Appellant, v. STREETER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Charles F. Wicker against Sarah M. Streeter and others. No opinion. Order affirmed, with $10 costs and disbursements.

WILEY et al., Respondents, v. JOHN R. CORBIN CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Milnor Wiley and another against John R. Corbin Company. No opinion. Judgment of the Municipal Court affirmed, with costs.